UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND DION CHAMBERS,<br><br>　　　　　　　Defendant. | CASE NO. CR99-361-RSL<br><br>PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 11, 2008. The United States was represented by Roger Rogoff, and defendant was represented by Tim Lohraff. The proceedings were recorded on cassette tape.

## CONVICTION AND SENTENCE

Defendant had been convicted on or about November 19, 1999, on a charge of bank robbery. The Hon. Robert S. Lasnik of this court sentenced defendant to 46 months of imprisonment, followed by three years of supervised release.

PROPOSED FINDINGS - 1

## PRIOR REVOCATION

The court revoked supervised release on February 16, 2005, and sentenced defendant to an additional 90 days of imprisonment, followed by 33 months of supervised release. Shortly thereafter, supervision of defendant was transferred to California.

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF CERTAIN ON THOSE VIOLATIONS

In two successive applications, on August 2, 2006 and on July 7, 2008, USPO Michael Larson alleged that defendant violated the conditions of supervised release in three respects:

(1)     Committing the new crime of bank robbery, on or about June 28, 2006;

(2)     Committing the new crime of robbery, on or about June 28, 2006; and

(3)     Committing the new crime of prisoner in possession of a weapon, on or about August 12, 2006.

The second charge, committing "robbery," was intended to substitute for the first charge, committing "bank robbery," to conform to the new offense of which defendant was convicted in state court in California.

Defendant admitted the violations numbered 2 and 3 above, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before Chief Judge Lasnik. The United States agreed to dismiss the first alleged violation.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release in the respects alleged in the charges numbered 2 and 3 above; dismiss the allegation numbered "1;" and conduct a disposition hearing. That hearing has been scheduled for July 17, 2008 at 8:30 a.m.

PROPOSED FINDINGS - 2

1   Defendant has been detained pending a final determination by the court.

2   DATED this 11th day of July, 2008.

*John L. Weinberg*
John L. Weinberg
United States Magistrate Judge

8   cc:   Sentencing Judge           :   Hon. Robert S. Lasnik
          Assistant U.S. Attorney    :   Roger Rogoff
          Defense Attorney           :   Tim Lohraff
          U. S. Probation Officer    :   Michael Larson

26  PROPOSED FINDINGS - 3